## In the Matter of John L. STEWART, Respondent.

### No. 49S00–1204–DI–219.

Supreme Court of Indiana.

July 5, 2012.

*PUBLISHED ORDER OF INTERIM SUSPENSION UPON NOTICE OF GUILTY FINDING*

The Indiana Supreme Court Disciplinary Commission, pursuant to Indiana Admission and Discipline Rule 23(1 l.l)(a), files a "Notice of Guilty Finding and Request for Suspension," asking that Respondent be suspended from the practice of law in this State, pending further order of this Court or final resolution of any resulting disciplinary action, due to Respondent being found guilty of a crime punishable as a felony. Respondent filed a response admitting the material allegations of the Commission's Notice of Guilty Finding.

The Court, being duly advised, now finds that Respondent has been found guilty of the following offense under Indiana law: Operating a vehicle while intoxicated with a prior conviction, a class D felony.

IT IS THEREFORE ORDERED that **Respondent is suspended *pendente lite* from the practice of law in this State, effective fifteen (15) days from the date of this order.** Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26). The interim suspension shall continue until further order of this Court or final resolution of any resulting disciplinary action, provided no other suspension is in effect.

The Clerk is directed to forward a copy of this Order to the parties or their respective attorneys and to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d). The Clerk is further directed to post this order to the Court's website, and Thomson Reuters is directed to publish a copy of this order in the bound volumes of this Court's decisions.

All Justices concur, except SULLIVAN and RUCKER, JJ., who would deny the request for interim suspension and set a deadline to advance the case.